SCHNEIER v. BROOKLYN HEIGHTS R. CO.

(Supreme Court, Appellate Division, Second Department. March 23, 1908.)

Appeal from Municipal Court, Borough of Brooklyn, Third District.

Action by Jennie Schneier against the Brooklyn Heights Railroad Company. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued before JENKS, HOOKER, RICH, MILLER, and GAYNOR, JJ.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the authority of Meschneck v. Brooklyn, Queens County & Suburban R. R. Co. (decided herewith) 109 N. Y. Supp. 594.